## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Branden Paige Titus aka Branden P.                        CHAPTER 13
Titus aka Branden Titus
     Catherine Marie Titus aka                          BKY. NO. 26-20628 CMB
Cathryn Bondarenka aka Catherine M. TItus aka
Catherine Marie Bondarenka aka Catherine M.
Bondarenka aka Catherine Titus
               Debtor(s)

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of LAKEVIEW LOAN SERVICING, LLC and index same on the master mailing list.

Respectfully submitted,

/s/ *Matthew Fissel*
Matthew Fissel
10 Mar 2026, 12:16:28, EDT

Denise Carlon, Esq. (317226)   ☐
Matthew Fissel, Esq. (314567)   ☑
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com

Document ID: e0e2d639c58b3443f6c525aa9380fa41cc4d51c22d107e7b6dd84987950cbce8