Certificate Number: 20611-PAW-DE-040788028

Bankruptcy Case Number: 26-20628



20611-PAW-DE-040788028

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>March 27, 2026</u>, at <u>12:11</u> o'clock <u>PM EDT</u>, <u>Catherine Marie Titus</u> completed a course on personal financial management given <u>by internet</u> by <u>Ronda J. Winnecour, Chapter 13 Standing Trustee</u>, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the <u>Western District of Pennsylvania</u>.

Date:   <u>March 27, 2026</u>          By:      <u>/s/Kathleen B Mills</u>

Name:   <u>Kathleen B Mills</u>

Title:   <u>TEN Financial Educator</u>