Certificate Number: 20611-PAW-DE-040788874

Bankruptcy Case Number: 26-20628



20611-PAW-DE-040788874

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>March 26, 2026</u>, at <u>8:36</u> o'clock <u>AM EDT</u>, <u>Branden Paige Titus</u> completed a course on personal financial management given <u>by internet</u> by <u>Ronda J. Winnecour, Chapter 13 Standing Trustee</u>, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the <u>Western District of Pennsylvania</u>.

Date:   <u>March 28, 2026</u>   By:   <u>/s/Consuelo V Gerhardt</u>

Name:   <u>Consuelo V Gerhardt</u>

Title:   <u>Financial Educator</u>