IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:  **Branden Paige Titus and Catherine Marie Titus** | : | |
| | : | Bankruptcy No. **2:26-bk-20628-CMB** |
| Debtor(s) | : | |
| **Branden Paige Titus and Catherine Marie Titus** | : | Chapter 7 |
| Movant(s) | : | |
| | : | Related to Document No. 35 |
| v. | : | |
| | : | |
| Respondent(s) | : | |
| (If none, then "No Respondent") | : | |

### CERTIFICATE OF SERVICE OF AMENDED SCHEDULES A, B, AND J

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on June 10, 2026.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: Electronic Notification

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: US Mail

All parties on the attached mailing matrix.

EXECUTED ON: ___June 10, 2026_____

By:      /s/ Stephanie Roache
Stephanie Roache, Esq.
FL Bar #85404
Chad T. Van Horn, Esq.
FL Bar #64500
**VAN HORN LAW GROUP, P.A.**
500 NE 4th Street Suite 200
Fort Lauderdale, Florida 33301
(954) 637-0000
(954) 756-7103 (facsimile)
Chad@cvhlawgroup.com

**PAWB Local Form 7 (07/13)**

Label Matrix for local noticing
0315-2
Case 26-20628-CMB
WESTERN DISTRICT OF PENNSYLVANIA
Pittsburgh
Fri May 29 10:20:47 EDT 2026

Duquesne Light Company
c/o Bernstein-Burkley, P.C.
601 Grant Street, 9th Floor
Pittsburgh, PA 15219-4430

LVNV Funding LLC
PO Box 10587
Greenville, SC 29603-0587

Peoples Natural Gas Company LLC
GRB Law
c/o Jeffrey R. Hunt, Esquire
525 William Penn Place, Suite 3110
Pittsburgh, PA 15219-1753

2
U.S. Bankruptcy Court
5414 U.S. Steel Tower
600 Grant Street
Pittsburgh, PA 15219-2703

AMEX
P.o. Box 981537
El Paso, TX 79998-1537

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern  PA 19355-0701

BBY/CBNA
Po Box 6497
Sioux Falls, SD 57117-6497

CAPITAL ONE
Po Box 31293
Salt Lake City, UT 84131-0293

CITI
Po Box 6217
Sioux Falls, SD 57117-6217

DISCOVER PL
Po Box 30954
Salt Lake City, UT 84130-0954

Duquesne Light Company
c/o WH Burkley, LLP
601 Grant Street, 9th Floor
Pittsburgh, PA 15219-4430

Equifax Attn: Bankruptcy Dept.
P.O. Box 740241
Atlanta, GA 30374-0241

Experian Attn: Bankruptcy Dept.
P.O. Box 2002
Allen, TX 75013-2002

JPMCB CARD
Po Box 15369
Wilmington, DE 19850-5369

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
Robertson, Anschutz, Schneid,
Crane & Partners, PLLC
6409 Congress Avenue, Suite 100
Boca Raton, FL 33487-2853

LAKEVIEW LOAN SERVICING, LLC
C/O M&T BANK
PO BOX 840
Buffalo, Ny 14240-0840

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

(p)M&T BANK
LEGAL DOCUMENT PROCESSING
626 COMMERCE DRIVE
AMHERST NY 14228-2307

Office of the United States Trustee
1000 Liberty Avenue
Suite 1316
Pittsburgh, PA 15222-4013

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

SOFI BANK
Po Box 654081
Dallas, TX 75265-4081

Sofi Bank, National Association
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Transunion Attn: Bankruptcy Dept.
P.O. Box 1000
Crum Lynne, PA 19022

UPMC Health Services
PO Box 1123
Minneapolis, MN 55440-1123

UPMC Physician Services
PO Box 1123
Minneapolis, MN 55440-1123

Branden Paige Titus
30 Highland Ave.
Etna, PA 15223-1822

Catherine Marie Titus
30 Highland Ave.
Etna, PA 15223-1822

Chad T Van Horn
Van Horn Law Group P.A.
500 NE 4th Street
Ste 200
Fort Lauderdale, FL 33301-1163

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219-2702

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


M T BANK                              PORTFOLIO RECOVERY ASSOCIATES, LLC        (d)Portfolio Recovery Associates, LLC
Po Box 900                            POB 41067                                 POB 12914
Millsboro, DE 19966                   Norfolk, VA 23541                         Norfolk VA 23541




The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)LAKEVIEW LOAN SERVICING, LLC       (d)LVNV Funding LLC                       End of Label Matrix
                                      PO Box 10587                              Mailable recipients    29
                                      Greenville, SC 29603-0587                 Bypassed recipients     2
                                                                                Total                  31